The People of the State of New York, Respondent,
*v.* Ernest Duane, Appellant.

(Argued October 15, 1929; decided November 26, 1929.)

*Carl L. McMahon, Nash Rockwood* and *Frank B. Howe, Jr.* for appellant.

*William McCane, District Attorney (Alfred D. Dennison* and *Bernard W. Kearney* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.